**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Burke Bowers, Robert Sims, Erik Gavidia, Stephanie Gavidia, Stacy Holstein, Jeffrey Stauffer, and Kerri Greaner, individually and as representatives of classes of similarly situated persons, and on behalf of the BB&T Corporation 401(k) Savings Plan,<br><br>      Plaintiffs,<br><br>v.<br><br>BB&T Corporation, the BB&T Corporation Employee Benefits Plan Committee, the BB&T Corporation Board of Directors, the Compensation Committee of the Board of Directors of BB&T Corporation, John P. Howe, Anna R. Cablik, Edwin H. Welch, Eric C. Kendrick, Louis B. Lynn, Tollie W. Rich, Steve Reeder, Cindy Powell, Sterling Capital Management LLC, and John Does 1–40,<br><br>      Defendants. | Case No. 1:15-cv-00732-CCE-JEP<br><br><br>**STIPULATION REGARDING RESPONSIVE PLEADINGS TO COMPLAINT AND SERVICE OF PROCESS** |

Plaintiffs Burke Bowers, Robert Sims, Erik Gavidia, Stephanie Gavidia, Stacy Holstein, Jeffrey Stauffer, and Kerri Greaner ("Plaintiffs"), and Defendants BB&T Corporation ("BB&T"), Sterling Capital Management LLC ("Sterling"), the BB&T Corporation Employee Benefits Plan Committee and its members and delegates, the BB&T Board of Directors, the Compensation Committee of the Board of Directors of BB&T Corporation and its members and delegates, John P. Howe, Anna R. Cablik, Edwin H. Welch, Eric C. Kendrick, Louis B. Lynn, Tollie W. Rich, Steve Reeder, Cindy

1

Powell ("Defendants") (collectively, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on September 4, 2015 (ECF No. 1);

WHEREAS, Defendants BB&T and Sterling were served via registered agent on September 14, 2015 (ECF Nos. 13-14);

WHEREAS, responsive pleadings of Defendants BB&T and Sterling are due October 5, 2015;

WHEREAS, the Remaining Defendants (BB&T Corporation Employee Benefits Plan Committee and its members and delegates, the BB&T Board of Directors, the Compensation Committee of the Board of Directors of BB&T Corporation and its members and delegates, John P. Howe, Anna R. Cablik, Edwin H. Welch, Eric C. Kendrick, Louis B. Lynn, Tollie W. Rich, Steve Reeder, and Cindy Powell) have agreed to be represented by BB&T's counsel;

WHEREAS those Remaining Defendants have not yet been served with the Complaint; and

WHEREAS, the Parties wish to facilitate service in this action and establish a single, unified briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1.      Defendants BB&T Corporation Employee Benefits Plan Committee and its members and delegates, the BB&T Board of Directors, the Compensation Committee of the Board of Directors of BB&T Corporation and its members and delegates, John P.

2

Howe, Anna R. Cablik, Edwin H. Welch, Eric C. Kendrick, Louis B. Lynn, Tollie W. Rich, Steve Reeder, and Cindy Powell hereby accept service through their undersigned counsel as of the date this Stipulation is filed; and

2.  Defendants will answer or otherwise respond to the Complaint on or before November 1, 2015.

October 2, 2015                              Respectfully Submitted,

                                             /s/ Kai Richter
                                             **NICHOLS KASTER, PLLP**
                                             Kai H. Richter, MN Bar No. 0296545*
                                             Carl F. Engstrom, MN Bar No. 0396298*
                                             Joe Hashmall, MN Bar No. 0392610*
                                             Adam W. Hansen, MN Bar No. 0391704*
                                                      *appearing by special appearance
                                             4600 IDS Center
                                             80 S 8th Street
                                             Minneapolis, MN 55402
                                             Telephone: 612-256-3200
                                             Facsimile: 612-338-4878
                                             krichter@nka.com
                                             cengstrom@nka.com
                                             jhashmall@nka.com
                                             ahansen@nka.com

                                             *and*

                                             F. Hill Allen
                                             North Carolina State Bar No. 18884
                                             **THARRINGTON SMITH, L.L.P.**
                                             P.O. Box 1151
                                             Raleigh, NC 27602-1151
                                             Telephone: 919-821-4711
                                             Facsimile: 919-829-1583
                                             E-mail: hallen@tharringtonsmith.com

                                             ATTORNEYS FOR PLAINTIFF

3

Dated:  October 2, 2015           /s/William M. Conger         
                                                                  William M. Conger
North Carolina State Bar No. 18141
Senior Vice President
Branch Bank & Trust Company (BB&T)
200 West Second Street
Winston-Salem, NC 27101
Telephone: 336-733-2072
Facsimile: 336-733-2189
WConger@BBandT.com

ATTORNEY FOR DEFENDANTS

4

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a copy of the foregoing document via US Mail to counsel of record for Defendants as follows:

William M. Conger
Senior Vice President
Mark L Booz
Deputy General Counsel
Legal Department
Branch Banking and Trust Company (BB&T)
200 West Second Street
Winston-Salem, NC 27101

Date:  October 2, 2015                              /s/Kai H. Richter
                                                   Kai H. Richter