IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BURKE BOWERS, ROBERT SIMS, ERIK GAVIDIA, STEPHANIE GAVIDIA, STACY HOLSTEIN, JEFFREY STAUFFER, and KERRI GREANER, individually and as representatives of classes of similarly situated persons, and on behalf of the BB&T Corporation 401(k) Savings Plan, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:15-CV-732 |
| BB&T CORPORATION, THE BB&T CORPORATION EMPLOYEE BENEFITS PLAN COMMITTEE, THE BB&T CORPORATION BOARD OF DIRECTORS, THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF BB&T CORPORATION, JOHN P. HOWE, ANNA R. CABLIK, EDWIN H. WELCH, ERIC C. KENDRICK, LOUIS B. LYNN, TOLLIE W. RICH, STEVE REEDER, CINDY POWELL, STERLING CAPITAL MANAGEMENT, LLC, AND JOHN DOES 1-40, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Based on the parties' Stipulation Regarding Responsive Pleadings to Complaint and Service of Process ("Stipulation"), IT IS HEREBY ORDERED AS FOLLOWS:

1.  Defendants BB&T Corporation Employee Benefits Plan Committee and its members and delegates, the BB&T Board of Directors, the Compensation Committee of

the Board of Directors of BB&T Corporation and its members and delegates, John P. Howe, Anna R. Cablik, Edwin H. Welch, Eric C. Kendrick, Louis B. Lynn, Tollie W. Rich, Steve Reeder, and Cindy Powell are deemed to have accepted service as of the date the Stipulation was filed.

2. All Defendants will answer or otherwise respond to the Complaint on or before November 1, 2015.

This the 5th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE