UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BURKE BOWERS, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>BB&T CORPORATION, et al.<br><br>    Defendants. | No. 1:15-cv-732-CCE-JEP |
| BREWSTER SMITH, JR., et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>BB&T CORPORATION, et al.,<br><br>    Defendants. | No. 1:15-cv-841-CCE-JEP |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT**

THIS MATTER is before the Court on a Consent Motion for Extension of Time to Answer Plaintiffs' Consolidated Second Amended Complaint [Doc. #92] filed by Defendants BB&T Corporation, BB&T Corporation Employee Benefits Plan Committee, BB&T Corporation Board of Directors, Compensation Committee of the Board of Directors of BB&T Corporation, John A. Allison, IV, Jennifer S. Banner, K. David Boyer, Jr., Anna R. Cablik, Nelle R. Chilton, Ronald E. Deal, Tom D. Efird, James A. Faulkner, Barry J. Fitzpatrick, L. Littleton Glover, Jr., L. Vincent Hackley, Jane P. Helm, I. Patricia

Henry, John P. Howe, III, Eric C. Kendrick, Kelly S. King, Valeria Lynch Lee, Louis B. Lynn, James H. Maynard, Albert O. McCauley, Edward C. Milligan, J. Holmes Morrison, Charles A. Patton, Nido R. Qubein, William J. Reuter, Tollie W. Rich, Jr., E. Rhone Sasser, Christine Sears, Thomas E. Skains, Thomas N. Thompson, Edwin H. Welch, Stephen T. Williams, Steven L. Reeder, Branch Banking and Trust Company, and Sterling Capital Management, LLC. The Court finds good cause to allow the request.

IT IS THEREFORE ORDERED that the Consent Motion [Doc. #92] is GRANTED, and these Defendants shall file their Answer to the Consolidated Second Amended Complaint on or before January 20, 2017.

This, the 6th day of January, 2017.

/s/ Joi Elizabeth Peake
United States Magistrate Judge