# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **BURKE BOWERS,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 1:15-CV-732 |
| | ) | |
| **BB&T CORPORATION,** *et al.*, | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| **BREWSTER SMITH, JR.,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 1:15-CV-841 |
| | ) | |
| **BB&T CORPORATION,** *et al.*, | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## DEFENDANT CARDINAL INVESTMENT ADVISORS, LLC'S MOTION TO DISMISS THE CONSOLIDATED SECOND AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules 7.2 and 7.3, Defendant Cardinal Investment Advisors, LLC, ("Cardinal") by and through its undersigned counsel, hereby move this Court to dismiss Plaintiffs' Consolidated Second Amended Complaint ("Complaint") (Dkt. # 88), for failure to state a claim upon which relief can be granted against Cardinal. Plaintiffs have brought claims for relief under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), with respect to the BB&T Corporation 401(k) Savings Plan (the "Plan"), and specifically, against Cardinal in its limited role as an outside investment consultant to the

1

Compensation Committee of the Board of Directors (the "Committee" or "Compensation Committee") of BB&T Corporation ("BB&T") with respect to the Plan.

## GROUNDS FOR DISMISSAL UNDER FED. R. CIV. P. 12(B)(6)

1.    Plaintiffs' Counts I-IV of the Complaint should be dismissed as a matter of law because Plaintiffs complaint does not contain well-pleaded factual allegations and, instead only contains mere conclusory assertions.  Plaintiffs have failed to allege any specific facts that show that  Cardinal transcended its role as an investment consultant for BB&T and exercised discretionary decision making  authority with respect to the investments and other alleged conduct giving rise to its claims for breach of fiduciary duty against Cardinal.

2.    The investment consulting services provided by Cardinal to the Compensation Committee do not constitute fiduciary "investment advice" under ERISA, in accordance with recent DOL rulings where, as in this case, the consulting services are being provided to a sophisticated independent fiduciary, such as the Compensation Committee, and there are no factual allegations that show that Cardinal was paid by the Plan.

WHEREFORE, Defendant Cardinal Investment Advisors, LLC  respectfully requests that this Court enter an order dismissing Plaintiffs' Consolidated Second Amended Complaint with prejudice as to Cardinal pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rules 7.2 and 7.3.

Dated this 7th day of February 2017.

Respectfully submitted,

POLSINELLI PC

By /s/ *Robert J. Garrey*

    Robert J. Garrey*
    Texas Bar No. 07703420
    bgarrey@polsinelli.com

POLSINELLI PC
2950 N. Harwood St., Ste. 2100
Dallas, Texas 75201
Telephone:  (214) 397-0030
Facsimile:  (214) 397-0033


/s/ Colleen Crowley

Colleen Crowley, NC Bar #25375
555 Fayetteville Street, Suite 720
Raleigh, NC 27601
Telephone:  (919) 832-1744
Facsimile:   (919) 832-1794

*Appearing by Special Appearance*

**ATTORNEYS FOR DEFENDANT
CARDINAL INVESTMENT
ADVISORS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of February 2017, I filed the forgoing document using the courts CM/ECF system, which will automatically send notification of filing to the following parties:

NICHOLS KASTER, PLLP
Kai H. Richter, MN No. 0296545 *
Carl F. Engstrom, MN No. 0396298*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
(612) 256-3200, (612) 338-4878 (fax)
krichter@nka.com
cengstrom@nka.com

*Proposed Additional Class Counsel and Attorneys for Bowers Plaintiffs*

GROOM LAW GROUP, CHARTERED
Michael J. Prame*
Mark Bieter*
Justin Holmes*
Paul Rinefierd*
1701 Pennsylvania Ave., NW
Washington, DC 20006
(201) 861-6633, (202) 659-4501 (fax)

*Attorneys for Defendants*

SCHLICHTER BOGARD & DENTON
Jerome J. Schlichter, MO No. 32225*
Heather Lea, MO No. 49872*
Sean E. Soyars, MO No. 57317*
100 South Fourth Street
St. Louis, MO 631025
(314) 621-6115, (314) 621-7151 (fax)
jschlichter@uselaws.com
hlea@uselaws.com
ssoyars@uselaws.com

*Proposed Lead Class Counsel and Attorneys For Smith Plaintiffs*

WOMBLE CARLYLE SANDRIDGE & RICE
Ronald R. Davis, NC State Bar No. 20408
Brent F. Powell, NC State Bar No. 41938
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600, (336) 721-3660 (fax)
brpowell@wcsr.com

Debbie W. Harden, NC State Bar No. 10576
One Wells Fargo Center
301 South College Street, Suite 3500
Charlotte, NC 28202
(704) 331-4900, (704) 331-4955 (fax)
dharden@wcsr.com

*Attorneys for Defendants*

4

PURYEAR & LINGLE, PLLC
David B. Puryear, Jr.
NC State Bar No. 11063                    *Appearing by Special Appearance
5501-E Adams Farm Lane
Greensboro, NC  27407
(336) 218-0227
Puryear@puryearandlingle.com

*Local Counsel for Smith Plaintiffs*

 / s/ *Robert J. Garrey*
 Robert J. Garrey
*Attorney for Defendant Cardinal Investment*
*Advisors, LLC*