IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BURKE BOWERS, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>BB&T CORPORATION, et al.<br><br>　　Defendants. | No. 1:15-cv-732-CCE-JEP |
| BREWSTER SMITH, JR., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>BB&T CORPORATION, et al.,<br><br>　　Defendants. | No. 1:15-cv-841-CCE-JEP |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Brewster Smith, Jr., Erik Gavidia, Stephanie Gavidia, Doris Kirouac, Paula Bridges, Nancy Johnson, Kerri Greaner, Burke Bowers, Robert Sims, Stacy Holstein, Jeffrey Stauffer, and Patricia Wells move that the Court certify all claims in this action as a class action under Federal Rule of Civil Procedure 23(b)(1)(A) or (B). Plaintiffs move that the class be defined as follows:

> All current and former participants and beneficiaries of the BB&T Corporation 401(k) Savings from January 1, 2007 through the date of judgment, who were injured by the conduct alleged in the Second Amended Complaint, excluding the Defendants.

Plaintiffs also move that the Court appoint each of them as representatives of this class and appoint their attorneys – Schlichter, Bogard & Denton LLP – as lead counsel and Nichols Kaster as additional counsel for the class under Federal Rule of Civil Procedure 23(g). The facts and law supporting this Motion are sent forth in the Memorandum in Support of Plaintiffs' Motion for Class Certification, filed herewith.

April 10, 2017

Respectfully submitted,

/s/ Kai H. Richter
NICHOLS KASTER, PLLP
Kai H. Richter, MN No. 0296545*
Carl F. Engstrom, MN No. 0396298*
Adam W. Hansen, MN No. 0391704*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
(612) 256-3200, (612) 338-4878 (fax)
krichter@nka.com
cengstrom@nka.com
ahansen@nka.com

*Proposed Additional Class Counsel and Attorneys for Bowers Plaintiffs*

*appearing by *special appearance*

/s/ Troy A. Doles
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter, MO No. 32225*
Michael A. Wolff, MO No. 38207*
Troy A. Doles, MO No. 47958*
Heather Lea, MO No. 49872*
Sean E. Soyars, MO No. 57317*
Kurt C. Struckhoff, MO No. 61873*
100 South Fourth Street
St. Louis, Missouri 63102
(314) 621-6115, (314) 621-5934 (fax)
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
ssoyars@uselaws.com
kstruckhoff@uselaws.com

*Proposed Lead Class Counsel and Attorneys for Smith Plaintiffs*

*appearing by *special appearance*

/s/ David B. Puryear, Jr.
David B. Puryear, Jr.
North Carolina State Bar No. 11063
PURYEAR & LINGLE, PLLC
5501-E Adams Farm Lane
Greensboro, NC 27407
(336) 218-0227
puryear@puryearandlingle.com

*Local Counsel for all Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record.

/s/ Troy A. Doles

3