IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ROBERT SIMS, *et al.*, | |
|---|---|
| *Plaintiffs*, | No. 1:15-cv-732-CCE-JEP |
| vs. | |
| BB&T CORPORATION, *et al.*, | |
| *Defendant*. | |

## CONSENT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs move this Court for final approval of the Class Action Settlement and move the Court for the entry of the submitted proposed Final Order. BB&T Defendants do not oppose the motion.

For Plaintiffs' part, this motion is supported by Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Settlement (Doc. 437), Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards for Named Plaintiffs (Doc. 445), the Declaration of Christopher D. Amundson, Project Manager at Analytics Consulting, LLC, the Statement of Gallagher Fiduciary Advisors, LLC, serving as the Independent Fiduciary, approving of the settlement, including fees and expenses (attached hereto as Exhibit 1), this Court's Order preliminarily approving this Settlement (Doc. 439), as well as Plaintiffs' accompanying memorandum in support of this motion.

Defendants have not joined in the memoranda filed by Plaintiffs referenced above.

# CONCLUSION

For these reasons, and those set forth in Plaintiffs' accompanying memorandum in support, Plaintiffs respectfully request that the Consent Motion for Final Approval of Class Settlement be granted.

| | |
|---|---|
| April 17, 2019 | Respectfully submitted, |
| /s/ Kai H. Richter<br>NICHOLS KASTER, PLLP<br>Kai H. Richter, MN No. 0296545*<br>Carl F. Engstrom, MN Bar No. 0396298*<br>4600 IDS Center<br>80 S 8th Street<br>Minneapolis, MN 55402<br>Telephone: 612-256-3200<br>Facsimile: 612-338-4878<br>krichter@nka.com<br>cengstrom@nka.com<br><br>*Additional Class Counsel and Attorneys for Bowers Plaintiffs*<br><br>*appearing by special appearance | /s/ Jerome J. Schlichter<br>SCHLICHTER BOGARD & DENTON LLP<br>Jerome J. Schlichter, MO No. 32225*<br>Troy A. Doles, MO No. 47958*<br>Heather Lea, MO No. 49872*<br>100 South Fourth Street, Ste. 1200<br>St. Louis, Missouri 63102<br>(314) 621-6115, (314) 621-5934 (fax)<br>jschlichter@uselaws.com<br>tdoles@uselaws.com<br>hlea@uselaws.com<br><br>*Lead Class Counsel and Attorneys for Smith Plaintiffs*<br><br>*appearing by *special appearance*<br><br>/s/ David B. Puryear, Jr.<br>David B. Puryear, Jr.<br>North Carolina State Bar No. 11063<br>PURYEAR & LINGLE, PLLC<br>5501-E Adams Farm Lane<br>Greensboro, NC 27407<br>(336) 218-0227<br>puryear@puryearandlingle.com<br><br>*Local Counsel for all Plaintiffs* |

## CERTIFICATE OF SERVICE

 I certify that on April 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of filing to all counsel of record.

             /s/ Jerome J. Schlichter